**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **David William Baggett** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Civil Action File No.  4:05-CV-82 (HL)** |
| | * | |
| **Amgen, Inc., Immunex Corporation,** | * | |
| **Immunex Manufacturing Corporation,** | * | |
| **Wyeth, Inc., f/k/a and d/b/a American** | * | |
| **Home Products, Wyeth** | * | |
| **Pharmaceuticals, Inc., Wyeth-Ayerst** | * | |
| **Laboratories Company, and John Doe** | * | |
| **Manufacturers A-Z** | * | |
| | * | |
| **Defendants** | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties

in the above-captioned action jointly stipulate that all claims, counterclaims, and/or defenses

asserted in this proceeding are hereby withdrawn and dismissed without prejudice, with each

party to bear its own costs and attorneys fees.

Respectfully submitted this 20th  day of January, 2006.

RICHARD A. CHILDS
Attorney At Law, P.C.

By:     s/ Richard A. Childs
Richard A. Childs
Georgia Bar No. 124600
Attorney for Plaintiff, David Baggett

18 9th St., Ste. 300
P.O. Box 1625
Columbus, GA 31902
(706) 660-8715

- 1 -

BUCHANAN AND LAND, LLP


By:  s/ Jerry A. Buchanan
     Jerry A. Buchanan
     Georgia Bar No. 092200
     Benjamin A. Land
     Georgia Bar No. 432825
     Attorney for Defendants, Amgen Inc.,
     Immunex Corporation, and
     Immunex Manufacturing Corporation

Post Office Box 2848
Columbus, Georgia  31902
(706) 323-2848


OF COUNSEL:
Mark D. Gately
Lauren S. Colton
Hogan & Hartson L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, Maryland 21202
(410) 659-2700

Michael L. Kidney
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5883


NELSON MULLINS RILEY & SCARBOROUGH LLP


By:  s/ Stephen Brooks
     Stephen Brooks
     Georgia Bar No. 085151
     Counsel for Defendant Wyeth, Defendant Wyeth
     Pharmaceuticals, Inc., and all purported Wyeth
     Defendants

Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, N.E., Suite 1400
Atlanta, Georgia 30309-3964
(404) 817-6272


Michael W. Hogue
Nelson Mullins Riley & Scarborough LLP
Meridian, Suite 1700
1320 Main Street
Columbia, South Carolina 29201
(803) 255-9514

## CERTIFICATE OF SERVICE

I hereby certify that on January  20, 2006 a copy of the foregoing was served via

U.S. Mail to:

Richard A. Childs
18 9th St., Ste. 300
P.O. Box 1625
Columbus, GA 31902

*Counsel for Plaintiff*

AND

Stephen Brooks
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, N.E., Suite 1400
Atlanta, Georgia 30309-3964
(404) 817-6272

Michael W. Hogue
Nelson Mullins Riley & Scarborough LLP
Meridian, Suite 1700
1320 Main Street
Columbia, South Carolina 29201

*Counsel for Defendant Wyeth, Defendant Wyeth
Pharmaceuticals, Inc., and all purported Wyeth Defendants*

s/Jerry A. Buchanan
Jerry A. Buchanan